UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-44 MJD/JGL

United States of America,

Plaintiff,

v.

**ORDER FOR APPOINTMENT OF COUNSEL**

Cory Krotzer (03),

Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that counsel is appointed pursuant to 18 U.S.C. § 3006A.

Dated: February 27, 2008

s/Michael J. Davis
Honorable Michael J. Davis
United States District Court Judge