# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

CORY KROTZER,
Defendant.

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Case No: 02-44 MJD

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Reynaldo Aligada is substituted as appointed counsel in place of Douglas Olson and Andrew Mohring in the representation of the above named defendant.

Dated: February 29, 2008

*s/Reynaldo Aligada*
REYNALDO ALIGADA
Attorney ID No. 319776
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: February 29, 2008

*s/Douglas Olson*
DOUGLAS OLSON
Attorney ID No. 169067
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415