UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CORY KROTZER,<br>Defendant. | Criminal No.02-44 MJD<br><br>DEFENDANT'S MOTION TO REDUCE SENTENCE |

Cory Krotzer, through his attorney, respectfully moves this Court pursuant to 18 U.S.C. § 3582(c) for an order reducing his term of imprisonment from 135 months to a sentence of 108 months on the grounds that the retroactive amendment to the crack cocaine guideline changes the base offense level in Mr. Krotzer's case.

On September 4, 2002, Mr. Krotzer was sentenced by the Court to 135 months, followed by 5 years of supervised release. Mr. Krotzer was sentenced at the bottom of his applicable guideline range of 135 to 168 months. Mr. Krotzer's total offense level was 33, with a criminal history category of I. Pursuant to the new sentencing guidelines, Mr. Krotzer should be resentenced at total offense level of 31 which, with his safety valve qualification, is assigned an amended guideline range of 108-135 months. A sentence at the bottom of that guideline range would result in a sentence of 108 months. Therefore Mr. Krotzer seeks an ORDER from this Court sentencing him to 108 months.

Dated: June 2, 2008

Respectfully submitted,

***s/Reynaldo A. Aligada, Jr.***

REYNALDO A. ALIGADA, JR.
Attorney ID No. 319776
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415