UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
NO. 02-CR-44(03)(MJD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORY DWAYNE KROTZER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO REDUCE SENTENCE** |

The United States of America, by and through its attorneys, Frank J. Magill, Jr., Acting United States Attorney for the District of Minnesota, and William J. Otteson, Assistant United States Attorney, hereby submits this response to defendant Cory Dwayne Krotzer's Motion to Reduce Sentence (Docket No. 103).

The government agrees that, based upon the findings made by the Court at the time of original sentencing, and applying the retroactive amendment to the cocaine base sentencing guidelines, the defendant is eligible for a sentence reduction to a sentence within the range of 108 to 135 months. The government notes that, in a letter supplied to the Court on September 3, 2002 by Assistant U.S. Attorney Eric P. Johnson, the government advised the Court of its position that the defendant was not eligible for the safety valve because he was not forthcoming at his safety-valve proffer concerning the identity of his source or the involvement of another individual in the conspiracy.

The Court at sentencing, however, adopted the findings and recommendations contained in the pre-sentence report, which gave the defendant the benefit of safety-valve eligibility despite the

government's position. Had the Court at the time determined that the defendant was not safety-valve eligible, the defendant now would be eligible for a sentence reduction to a sentence within the range of 120 to 135 months, not 108 to 135 months, due to the 10-year statutory mandatory minimum sentence set forth in 21 U.S.C. § 841.

The government agrees that the now-applicable sentencing guideline range is 108 to 135 months. The government does not oppose the defendant's motion to the extent it seeks a sentence within that now-applicable guideline range. The government leaves it to the Court's determination, however, as to what sentence within that range is justified based upon the facts and circumstances of the case.

Dated: June 5, 2008

Respectfully submitted,

FRANK J. MAGILL, JR.
Acting United States Attorney

s/ William J. Otteson

BY: WILLIAM J. OTTESON
Assistant U.S. Attorney