# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 02-cr-44 (03) (MJD)

CORY DWAYNE KROTZER,

Defendant(s).

I hereby certify that on June 5, 2008, I served, or caused to be served, the following documents:

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO REDUCE SENTENCE**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Reynaldo A. Aligada, Jr.
Assistant Federal Defender
reggie_aligada@fd.org

FRANK J. MAGILL, JR.
Acting United States Attorney

s/ Lana Chambers

BY: LANA CHAMBERS
Legal Assistant