RECEIVED
JUN 20 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-44 MJD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | WAIVER OF APPEARANCE AND HEARING |
| v. | ) | |
| | ) | |
| CORY KROTZER, | ) | |
| | ) | |
| Defendant. | ) | |

I, Cory Krotzer, agree to waive my right to appear before the Court on my motion to reduce my sentence pursuant to 18 U.S.C. § 3582(c) and also agree to waive my right to a hearing on the motion. I waive these rights knowingly, voluntarily and intelligently.

Cory D. Krotzer
Cory Krotzer

6-10-08
Date

SCANNED
JUN 23 2008
U.S. DISTRICT COURT MPLS